FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 0 2 2010

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CALVIN C. HOLLOWELL                                              PLAINTIFF

VS.                           CASE NO. 4:10-CV-125-WRW

BRYAN E. HOSTO, CHARLES J. BUCHAN,
MARK SEXTON, PAUL A. PRATER                                      DEFENDANTS

## DEFENDANT'S MOTION TO DISMISS, ANSWER AND COUNTERCLAIM TO PLAINTIFF'S COMPLAINT

### MOTION TO DISMISS

Bryan E. Hosto, Charles J. Buchan, Mark Sexton, and Paul A. Prater (hereinafter "Defendants") and Hosto, Buchan, Prater & Lawrence, P.L.L.C. (hereinafter "Hosto", "Law Firm" or "Defendants"), for its motion to dismiss the plaintiff's Complaint, states:

1.      For the reasons set forth in this motion and the accompanying brief in support of this motion, incorporated herein by this reference, Calvin C. Hollowell ("Plaintiff") has failed to state a cause of action and his complaint must be dismissed in its entirety.

2.      For the reasons set forth in this motion and the accompanying brief in support of this motion, Plaintiff's claim against Hosto is barred by Ark. Code Ann. § 16-22-310.

3.      For the reasons set forth in this motion and the accompanying brief in support of this motion, Plaintiff has not stated a claim under the Fair Debt Collection Practices Act, 15 U.S.C. § § 1692 et seq.

4.      For the reasons set forth in this motion and the accompanying brief in support of this motion, Plaintiff does not state a claim under 45 U.S.C. § 1983.

5.      This case should be dismissed pursuant to Fed. Rule Civ. Pro. 12(b)(6).

6.      Defendants are filing a brief in support of this motion to dismiss and incorporates their brief and grounds for dismissal set forth therein into this motion as though set forth fully herein word for word.

WHEREFORE, Defendants Bryan E. Hosto, Charles J. Buchan, Mark Sexton, and Paul A. Prater and Hosto, Buchan, Prater & Lawrence, P.L.L.C. respectfully requests that this Court grant its Motion to Dismiss Plaintiff's Complaint in its entirety.

## ANSWER

Bryan E. Hosto, Charles J. Buchan, Mark Sexton, and Paul A. Prater and Hosto, Buchan, Prater & Lawrence, P.L.L.C. for its answer to plaintiff's complaint, states as follows:

1.      Defendants state that the description of this action contained in paragraph 1 of the complaint speaks for itself, affirmatively states that Plaintiff has mischaracterized the Fair Debt Collection Practices Act ("FDCPA") and a violation of the Plaintiff's Due Process rights and denies the allegations contained in paragraph 1 of the complaint.

2.      Deny the allegations contained in paragraph 2 of the complaint.

3.      Defendants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 8 and therefore deny the same.

4.      Admit the allegations contained in paragraph 4 to the extent that the Hosto, Buchan, Prater & Lawrence, PLLC filed a lawsuit against the Plaintiff, that it obtained a judgment for its client and that a garnishment was issued. All other allegations contained in paragraph 4 are denied. The Defendants adopt all the denials and defenses that are contained in this answer in response to paragraph 4 of the complaint.

5.      Deny the allegations contained in paragraph 5 of the complaint.

6.      Deny the allegations contained in paragraph 6 of the complaint.

7.      Deny the allegations contained in paragraph 7 of the complaint.

8.      Defendants demand a jury trial.

9.      Defendants reserve the right to amend this pleading if other facts, claims or defenses come to light through discovery.

## AFFIRMATIVE DEFENSES

10.     Plaintiff's complaint fails to state a claim upon which relief may be granted and therefore must be dismissed pursuant to Fed. Rule Civ. Pro. 12(b)(6).

11.     Assuming the Plaintiff stated a claim, any claim stated is barred by the statute of limitations.

12.     At all times relevant to the action, any actions that may have been taken by the defendants, Bryan E. Hosto, Mark Sexton, Chuck Buchan or Paul A. Prater were taken in their capacity as agents for Hosto, Buchan, Prater & Lawrence, PLLC.

13.     Defendants, who are private attorneys, do not act under color of state law so as to fall under 45 U.S.C. § 1983.  Therefore, the Plaintiff has failed to state a claim against the Defendants under 45 U.S.C. § 1983.

14.     Plaintiff's claims are barred by Ark. Code. Ann § 16-22-310 which grants an attorney immunity from claims made by parties not in privity with the attorney on any claim except for intentional misrepresentations or fraud.

15.     While defendants deny that they have violated any provisions of the FDCPA, to the extent that the Court finds a violation occurred, any violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

WHEREFORE, Bryan E. Hosto, Charles J. Buchan, Mark Sexton, and Paul A. Prater and Hosto, Buchan, Prater & Lawrence, P.L.L.C. pray that Plaintiff recover nothing over and against them, and that the complaint filed against them in this cause be dismissed, and, if necessary, they be permitted to plead further thereto, that they be awarded their costs herein expended, including reasonable attorneys' fees, and all other appropriate relief.

## COUNTERCLAIM

Defendants/Counterclaimants Bryan E. Hosto, Charles J. Buchan, Mark Sexton, and Paul A. Prater and Hosto, Buchan, Prater & Lawrence, P.L.L.C. for its counterclaim against Plaintiff/Counter-defendant Calvin Hollowell, states:

1.      Plaintiff/Counter defendant's complaint filed his complaint when he knew or should have known that the action was without merit and for the purposes of harassing Defendants/Counterclaimants.

2.      Pursuant to 15 U.S.C. §1692k(a)(3), Defendants/Counterclaimants are entitled to reasonable attorneys' fees.

WHEREFORE, Defendants/Counterclaimants Bryan E. Hosto, Charles J. Buchan, Mark Sexton, and Paul A. Prater and Hosto, Buchan, Prater & Lawrence, P.L.L.C. pray they recover their reasonably attorneys' fees and all other appropriate relief.

Respectfully submitted,

HOSTO, BUCHAN, PRATER
& LAWRENCE, PLLC
Attorneys at Law
P.O. Box 3397
Little Rock, Arkansas 72203
(501) 374-1300

_____
Paul A. Prater, ABN 2001266

4

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been sent this _2nd_ day of _March_ 2010 to the following parties:

Calvin C. Hollowell
9610 Jacques Drive
Little Rock, AR 72209

Paul A. Prater